Rory Linerud, LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff

FILED'05 APR 28 10:41USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| VIRGINIA ROSS, ) | |
| ) | |
| Plaintiff, ) | CV 04-1004-KI |
| ) | |
| vs. ) | ORDER AWARDING FEES |
| ) | PURSUANT TO THE EQUAL ACCESS |
| JOANNE B. BARNHART, ) | TO JUSTICE ACT |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

This Court remanded this matter to the Commissioner for further proceedings. The parties above named, through their respective attorneys, agreed that attorney fees in the amount of $6,250.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees of $6,250.00 are hereby awarded to Plaintiff.

IT IS SO ORDERED.

DATED this _28_ day of _April_, 2005

_____
Garr M. King
United States District Judge